UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH WRIGHT,

      Plaintiff,                               Case No. 21-cv-10871
                                            Hon. Matthew F. Leitman

v.

LOUIS DEJOY, Postmaster
General of the United States, et al.,

      Defendants.
_____/

## **JUDGMENT**

In accordance with the Orders issued on this date, **IT IS ORDERED AND ADJUDGED** that Plaintiff's claims against Defendants are dismissed.

                                            KINIKIA ESSIX
                                            CLERK OF COURT

                              By:    s/Holly A. Monda
                                            Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  December 9, 2021
Flint, Michigan